No. 89–260. IDAHO *v.* WRIGHT. Sup. Ct. Idaho. [Certiorari granted, 493 U. S. 1041.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–579. CHARTER CO. *v.* CERTIFIED CLASS IN THE CHARTER SECURITIES LITIGATION ET AL. C. A. 11th Cir. Motion of the parties to defer further consideration of the petition for writ of certiorari granted until May 30, 1990.

No. 89–1040. CHAPPELL *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner to dispense with printing the reply brief granted.

No. 89–1106. TRINOVA CORP. *v.* MICHIGAN DEPARTMENT OF TREASURY. Sup. Ct. Mich. [Certiorari granted, *ante*, p. 1015.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 89–5011. POWERS *v.* OHIO. Ct. App. Ohio, Franklin County. [Certiorari granted, 493 U. S. 1068.] Motion for appointment of counsel granted, and it is ordered that Robert L. Lane, Esq., of Columbus, Ohio, be appointed to serve as counsel for petitioner in this case.

No. 89–6622. KLIEWER *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 16, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–6573. IN RE GILREATH; and
No. 89–6705. IN RE ROSS. Petitions for writs of mandamus denied.